448 A.2d 1163

Tarasi et al., Appellants v. Flynn.

Submitted October 13, 1981. Robert N. Isacke, Jr., for appellants; Michael B. Kaleugher, for appellee.

Before HESTER, JOHNSON and MONTEMURO, JJ.

Order affirmed.

July 23, 1982.

448 A.2d 1163

Andrews, Appellant v. Vickless etc., et al.

Argued May 1, 1981. P. Jerome Richey, for appellant; John C. Carlin, Jr., for appellees.

Before POPOVICH, MONTGOMERY and HOFFMAN, JJ.

Order affirmed.